UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

In re:

**RIVER WEST, L.P.**
**d/b/a/ RIVER WEST MEDICAL CENTER**
      Debtor.

CASE NO.  09-10029
CHAPTER 11

OBJECTION OF UNITED STATES TRUSTEE TO
CONFIRMATION OF PLAN OF REORGANIZATION

TO THE HONORABLE DOUGLAS D. DODD:

COMES NOW R. Michael Bolen, United States Trustee, Region 5, and in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a) and respectfully submits the following Objection.

1.

The proposed plan fails to comply with the requirement of 11 U.S.C. § 1129(a)(12) which provides as follows:

> All fees payable under section 1930 of title 28, as determined by the court at the hearing on confirmation of the plan, have been paid or the plan provides for the payment of all such fees on the effective date of the plan.

The proposed plans contains no language indicating that all quarterly fee have been paid or will be paid on the effective date of the plan.

2.

The Debtor is delinquent in filing financial reports for the months of February 2009 and April through August 2009.  Financial reports should be brought current prior to confirmation of

the proposed liquidating plan.

    WHEREFORE, the United States Trustee prays that this Honorable Court withhold confirmation of the Plan of Reorganization so as to give debtor an opportunity to comply with the requirements of 11 U.S.C. § 1129(a)(12).

                                                        Respectfully submitted

                                                        R. MICHAEL BOLEN
                                                        United States Trustee
                                                        Region 5, Judicial Districts of
                                                        Louisiana and Mississippi

                                      by: *s/Carolyn S. Cole*
                                          CAROLYN S. COLE (12496)
                                          Attorney

Carolyn S. Cole
Attorney
Office of the United States Trustee
400 Poydras Street, Suite 2110
New Orleans, LA 70130
Telephone no. (504) 589-4018
Direct telephone no. (504) 589-2593
Facsimile no. (504) 589-4096